# United States Court of Appeals for the Federal Circuit

---

**EGENERA, INC.,**
*Plaintiff-Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Defendant-Appellee*

---

2023-1428

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:16-cv-11613-RGS, Judge Richard G. Stearns.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

July 7, 2025
Date

Jarrett B. Perlow
Clerk of Court